1    WO

2

3

4

5

6                **IN THE UNITED STATES DISTRICT COURT**

7                    **FOR THE DISTRICT OF ARIZONA**

8

9    United States of America,              No. CR-14-00555-PHX-DGC

10                      Plaintiff,
                                            **ORDER OF DETENTION**
11   v.

12   Anthony Ray Hall,

13                      Defendant.

14          A detention hearing and a preliminary revocation hearing on the Petition on

15   Supervised Release were held on April 20, 2018..

16          The Court Finds that the Defendant has knowingly, intelligently, and voluntarily

17   waived his right to a detention hearing and a preliminary revocation hearing and has

18   consented to the issue of detention being made based upon the allegations in the Petition.

19          The Court Further Finds that the Defendant has failed to sustain his burden of

20   proof by clear and convincing evidence pursuant to Rule 32.1(a)(6),  FED.R.CRIM.P.,

21   that he is not a serious flight risk.  *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

22          IT IS ORDERED that the Defendant shall be detained pending further order of the

23   court.

24          Dated this 20th day of April, 2018.

25                                          _____
                                            Honorable John Z. Boyle
26                                          United States Magistrate Judge

27

28